**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 COTTAGE-TT-V,** ***Plaintiff,*** | § § § § § § | |
| **v.** | § § | **MO:25-CV-00056-DC** |
| **BUCKY BURKE,** ***et al.,*** ***Defendants.*** | § § § § | |

**ORDER**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 18). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on July 10, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJDUICE** the entirety of the case for want of prosecution.

It is so **ORDERED**.

SIGNED this 31st day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE